IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JETHRO L. LARKIN II,**  No. C-12-2890 TEH (PR)

      **Plaintiff,**  ORDER TO RE-SEND MAIL TO
PLAINTIFF'S NEW ADDRESS

      **v.**

**JAMES CARLSON,**

      **Defendant.**
_____/

On August 28, 2012, this Court entered an Order of Dismissal in this case and, on August 30, 2012, it entered judgment in favor of Defendant. After the Order and judgment were mailed, Plaintiff sent three letters to the Court dated August 22, August 30 and September 6, 2012 indicating that his address was changed. Because the August 28, 2012 Order and August 30, 2012 judgment were sent to Plaintiff's previous address, he may not have received them. Therefore, the Clerk of the Court is to re-send the August 28, 2012 Order of Dismissal (doc. #10) and August 30, 2012 judgment (doc. #11) to Plaintiff at his new address.

IT IS SO ORDERED.

DATED  *11/07/2012*

**THELTON E. HENDERSON**
United States District Judge

`G:\PRO-SE\TEH\CR.12\Larkin-12-2890-Re Send Ord Jdgmt.wpd`