**United States District Court**
For the Northern District of California

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6    JETHRO L. LARKIN II,                    No. C-12-2890 TEH (PR)

7                   Plaintiff,               ORDER TO RE-SEND MAIL TO
                                             PLAINTIFF'S NEW ADDRESS
8              v.

9    JAMES CARLSON,

10                 Defendant.
                                    /
11

12         On August 28, 2012, this Court entered an Order of

13   Dismissal in this case and, on August 30, 2012, it entered judgment

14   in favor of Defendant.  After the Order and judgment were mailed,

15   Plaintiff sent three letters to the Court dated August 22, August 30

16   and September 6, 2012 indicating that his address was changed.

17   Because the August 28, 2012 Order and August 30, 2012 judgment were

18   sent to Plaintiff's previous address, he may not have received them.

19   Therefore, the Clerk of the Court is to re-send the August 28, 2012

20   Order of Dismissal (doc. #10) and August 30, 2012 judgment (doc.

21   #11) to Plaintiff at his new address.

22         IT IS SO ORDERED.

23

24   DATED     _11/07/2012_        _____
                                   THELTON E. HENDERSON
25                                 United States District Judge

26

27

28   G:\PRO-SE\TEH\CR.12\Larkin-12-2890-Re Send Ord Jdgmt.wpd